UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL KUZMA,

                       Plaintiff,

                                                                  ORDER
      v.                                                            12-CV-102A

UNITED STATES DEPARTMENT OF JUSTICE,

                       Defendant.

---

       The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On July 20, 2012, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that plaintiff's motion for a <u>Vaughn</u> index [20] be deemed withdrawn and that the action be dismissed.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, plaintiff's motion for a <u>Vaughn</u> index [20] is deemed withdrawn and the action is dismissed.

       The Clerk of Court shall take all steps necessary to close the case.

       IT IS SO ORDERED.

                                                *s/ Richard J. Arcara*
                                              HONORABLE RICHARD J. ARCARA
                                              UNITED STATES DISTRICT JUDGE

DATED: August 13, 2012